CHURCH OF ST. STANISLAUS v. ALLGE-MEINE VEREIN. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by the Church of St. Stanislaus against the Allgemeine Verein. No opinion. Motion granted, upon payment of $10 costs, and, in case the defendant withdraws its appeal, all costs and disbursements of said appeal to be paid, and a consent given to cancel undertaking on appeal.

CLARK et al., Respondents, v. SCHWARZ-WAELDER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Action by Frederick C. Clark and others against William O. Schwarzwaelder and others to enforce an alleged personal liability of defendants as directors of a corporation. Judgment for plaintiffs, and defendants appeal. Reversed. Almet R. Latson, for appellants. D. M. Porter, for respondents.

INGRAHAM, J. This case presents the same question as was presented in the case of Upter-grove v. Schwarzwaelder (decided herewith) 61 N. Y. Supp. 623; and, for the reasons stated in the opinion in that case, the judgment appealed from should be reversed, and a new trial ordered, with costs to the appellants to abide the event. VAN BRUNT, P. J., concurs. McLAUGH-LIN, J., concurs in result. PATTERSON and O'BRIEN, JJ., dissent.

CLOKEY v. INTERNATIONAL RUBBER CLOTHING & GENERAL SUPPLY CO. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Kate Clokey, administratrix, against the International Rubber Clothing & General Supply Company. No opinion. Motion granted, with $10 costs.

COHEN, Respondents, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Barnett Cohen against Rosa Cohen. No opinion. Judgment modified, by striking therefrom the award of costs, and, as modified, affirmed, without costs.

CONLON v. STARBUCK et al. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Owen P. Conlon against James L. Starbuck and others. No opinion. Motion granted, with $10 costs.

COOK v. PERSONS et al. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Pierre F. Cook, as trustee, etc., against Henry H. Persons and others, as receivers, etc. No opinion. Motion denied, with $10 costs.

COOK, Respondent, v. WHITE, Appellant (CONROY et al., Respondents.) (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Sarah Cook against Joseph White, James Conroy, and others. No opinion. Guardian ad litem allowed his taxable costs and disbursements on appeal. It is beyond the power of the court to allow more than this. See In re Robinson, 40 App. Div. 30, 57 N. Y. Supp. 523, affirmed in 160 N. Y. 448, 55 N. E. 4.

CORBETT, Appellant, v. CLASON, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Robert Corbett against Augusta Clason.

PER CURIAM. Upon the undisputed proof, as appears by the record, the defendant admitted an indebtedness to the plaintiff in the sum of $10. Plaintiff was therefore entitled to recover this amount, and for this reason the judgment of the municipal court is reversed, and a new trial ordered in the First district; costs to abide the event.

COSTELLO, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Mary Costello, as administratrix, etc., against the city of New York and another. No opinion. Judgment unanimously affirmed, with costs, on argument.

CRANDALL, Respondent, v. PHŒNIX INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Halsey D. Crandall against the Phœnix Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

CRANE v. VAN DERVEER. (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Action by Elizabeth Crane against Harriette Van Derveer. No opinion. Order and judgment amended, by striking out provisions as to restitution, and by providing that the justice's judgment be affirmed, but without restitution. Motion for reargument, or for leave to go to the court of appeals, denied. See 60 N. Y. Supp. 1040.

CRICHTON, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Annie Crichton, as receiver, etc., against Harriet E. Smith. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

CROOKS et al., Respondents, v. RUMBULL, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by George W. Crooks and others against Frederick G. Rumbull. No opinion. Judgment affirmed, with costs.

DAILEY, Respondent, v. CITY OF NEW YORK, Appellant (four cases). (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Four actions by John L Dailey against the city of New York. No opinion. Judgment affirmed, on argument, with costs.